# EXHIBIT F
## Fed. R. Evid. 1006 Summary of Manufacturers' Existing Dealership Agreements Impaired By Senate Bill 2289

| Contract Name | "No Required Separation of Trademarks" Provision | "No Enforcement of Appearance Standards" Provision | "No Enforcement of Performance Standards" Provisions | "No Minimum Inventory or Order Requirements" Provisions | "No Exclusivity Requirements" Provisions | "Forced Transfer of Trademark License" Provision | "No Market Withdrawal" Provision | "No Control Over Dealer Locations" Provisions | "Enabling Warranty and Incentive Payment Fraud" Provision | "Retroactive Impairment of Existing Warranties" Provision | "Retroactive Impairment of Existing Contracts" Provision | "No Arbitration" Provision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Holland North America, Inc. Dealer Agreement with Stanley Equipment Inc. (1/1/2000) | X | X | X | X | X | X | X | X |  | X | X | X |
| CNH America LLC Dealer Agreement with Frontier Equipment, LLC (11/30/2008) (Assigned to Border Plains Equipment - Williston on 5/19/2014) | X | X | X | X | X | X | X | X |  | X | X | X |
| Case Corporation Agricultural Equipment Sales & Service Agreement with Erickson Implement, Inc. (5/15/1990) | X | X | X | X | X | X | X | X |  | X | X | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Casselton) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |
| Case Corporation Agricultural Equipment Sales & Service Agreement with Twete, Inc. (8/2/1990) (Revised 12/17/2014) | X | X | X | X | X | X | X | X |  | X | X | X |
| CNH America LLC Agricultural Equipment Sales & Service Agreement with West Plains, Inc. (8/2/1990) (Revised 8/12/2008) | X | X | X | X | X | X | X | X |  | X | X | X |
| New Holland North America, Inc. Dealer Agreement with Duppong's Inc (1/1/2000) (Amended 6/3/2013) | X | X | X | X | X | X | X | X | X | X | X | X |
| New Holland North America, Inc. Dealer Agreement with G&G Chevrolet Inc (1/1/2000) | X | X | X | X | X | X | X | X | X | X | X | X |
| Case Corporation Agricultural Equipment Sales & Service Agreement with Hanson-Kopperud, Inc. (8/2/1990) (Revised 8/10/2015) | X | X | X | X | X | X | X | X |  | X | X | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Grand Forks) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |
| New Holland Equipment Sales and Service Agreement with Houtcooper Implement, Inc. (10/26/2015) | X | X | X | X |  | X | X | X | X |  |  | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Jamestown) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Lamoure) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Lidgewood) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Lisbon) (5/31/2017) | X | X | X | X |  | X | X | X | X |  |  | X |

| Contract Name | "No Required Separation of Trademarks" Provision | "No Enforcement of Appearance Standards" Provision | "No Enforcement of Performance Standards" Provisions | "No Minimum Inventory or Order Requirements" Provisions | "No Exclusivity Requirements" Provisions | "Forced Transfer of Trademark License" Provision | "No Market Withdrawal" Provision | "No Control Over Dealer Locations" Provisions | "Enabling Warranty and Incentive Payment Fraud" Provision | "Retroactive Impairment of Existing Warranties" Provision | "Retroactive Impairment of Existing Contracts" Provision | "No Arbitration" Provision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNH Industrial America LLC Application Equipment Distributor Agreement with Ag Systems, Inc. (1/29/2016) | X | X | X | X | X | X | X | X | | X | X | |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Northern Plains Equipment Co., Inc. (2/22/2016) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Dealer Agreement with Northern Plains Equipment Co. Inc. (3/16/2015) | X | X | X | X | X | X | X | X | X | X | X | |
| Case Corporation Agricultural Equipment Sales & Service Agreement with Uglem-Ness Company (5/31/1990) (Revised 5/23/14) | X | X | X | X | X | X | X | X | | X | X | |
| New Holland Equipment Sales and Service Agreement with Park River Implement L.L.C. (10/26/2015) | X | X | X | X | | X | X | X | X | | | X |
| New Holland Equipment Sales and Service Agreement with Prairie Implement & Equipment, Inc. (8/26/2016) | X | X | X | X | | X | X | X | X | | | X |
| Case Corporation Agricultural Equipment Sales & Service Agreement with Northern Equipment, Inc. (5/22/1990) (Revised 10/5/2007) | X | X | X | X | X | X | X | X | | X | X | |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Casselton) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Grand Forks) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Jamestown) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Lamoure) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Lisbon) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Mandan) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | | X |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Whapleton) (5/31/2017) | X | X | X | X | | X | X | X | X | | | X |

| Contract Name | "No Required Separation of Trademarks" Provision | "No Enforcement of Appearance Standards" Provision | "No Enforcement of Performance Standards" Provisions | "No Minimum Inventory or Order Requirements" Provisions | "No Exclusivity Requirements" Provisions | "Forced Transfer of Trademark License" Provision | "No Market Withdrawal" Provision | "No Control Over Dealer Locations" Provisions | "Enabling Warranty and Incentive Payment Fraud" Provision | "Retroactive Impairment of Existing Warranties" Provision | "Retroactive Impairment of Existing Contracts" Provision | "No Arbitration" Provision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Whapleton) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | X | |
| Case, LLC Agricultural Equipment Sales & Service Agre | X | X | X | X | X | X | X | X | | X | X | |
| CNH America LLC Dealer Agreement with West Plains, | X | X | X | X | X | X | X | X | X | X | X | |
| CNH Industrial America LLC Case IH Agricultural Equipment Sales and Service Agreement with Titan Machinery Inc. (Wishek) (5/31/2017) (Amendment) | X | X | X | X | | X | X | X | X | | X | |
| Deere Agricultural Dealer Agreement with RDO Equipment Co. (Breckenridge) (5/20/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with RDO Equipment Co. (Bismarck) (5/20/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with True North Equipment Co. (5/7/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Dakota Farm Equipment, Inc. (5/3/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Sayler Implement, Inc. (4/13/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Leading Edge Equipment (4/27/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Green Iron Equipment (3/23/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Langdon Implement Company (5/9/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Valley Plains Equipment (5/2/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| Deere Agricultural Dealer Agreement with Gooseneck Implement Company (3/24/2016) | X | X | X | X | | X | X | X | X | X | X | X |
| AGCO Corporation Challenger Dealer Sales and Service Agreement with Butler Machinery Company (Fargo) (3/27/2002) (Amended 5/22/2007) | X | X | X | X | | X | X | X | X | X | X | X |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Bismarck) (9/17/2010) (Amended 9/9/2013) | X | X | X | X | | X | X | X | X | X | X | X |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Devils Lake) (6/26/2013) (Amended) | X | X | X | X | | X | X | X | X | X | X | X |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Dickinson) (5/8/2009) (Amended 9/17/2010) | X | X | X | X | | X | X | X | X | X | X | X |

| Contract Name | "No Required Separation of Trademarks" Provision | "No Enforcement of Appearance Standards" Provision | "No Enforcement of Performance Standards" Provisions | "No Minimum Inventory or Order Requirements" Provisions | "No Exclusivity Requirements" Provisions | "Forced Transfer of Trademark License" Provision | "No Market Withdrawal" Provision | "No Control Over Dealer Locations" Provisions | "Enabling Warranty and Incentive Payment Fraud" Provision | "Retroactive Impairment of Existing Warranties" Provision | "Retroactive Impairment of Existing Contracts" Provision | "No Arbitration" Provision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Fargo) (9/8/2010) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Grand Forks) (9/17/2010) (Amended 9/9/2013) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Hankinson) (8/23/2010) (Amended 9/9/2013) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Hoople) (2/20/2012) (Amended 3/2/2012) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Jamestown) (9/17/2010) (Amended 9/9/2013) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Butler Machinery Company (Minot) (9/17/2010) (Amended 9/9/2013) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Central Sales, Inc. (Casselton) (12/20/1993) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Central Sales, Inc. (Jamestown) (12/20/1993) (Amended 3/22/2007) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Harnish Group, Inc. (Williston) (11/30/2016) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Prairie Implement & Equipment, Inc. (Killdeer) (11/9/2000) (Amended 9/27/2006) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation Dealer Sales and Service Agreement with Warren Implement, Inc. (Sheyenne) (2/1/2013) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation WILLMAR/SPRA-COUPE/LOR*AL Dealer Sales and Service Agreement with Butler Machinery Company (Fargo) (3/30/2005) | X | X | X | X | X | X | X | X | X | X | X |  |
| AGCO Corporation WILLMAR/SPRA-COUPE/LOR*AL Dealer Sales and Service Agreement with FEI, Inc. (Valley City) (4/19/2004) | X | X | X | X | X | X | X | X | X | X | X |  |
| Kubota Tractor Corporation Dealer Sales and Service Agreement with Acme Electric Motor, Inc. (9/9/2016) | X | X | X | X | X | X | X |  |  | X |  |  |

| Contract Name | "No Required Separation of Trademarks" Provision | "No Enforcement of Appearance Standards" Provision | "No Enforcement of Performance Standards" Provisions | "No Minimum Inventory or Order Requirements" Provisions | "No Exclusivity Requirements" Provisions | "Forced Transfer of Trademark License" Provision | "No Market Withdrawal" Provision | "No Control Over Dealer Locations" Provisions | "Enabling Warranty and Incentive Payment Fraud" Provision | "Retroactive Impairment of Existing Warranties" Provision | "Retroactive Impairment of Existing Contracts" Provision | "No Arbitration" Provision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kubota Tractor Corporation Dealer Sales and Service Agreement with Cooper Implement Co., Inc. (4/29/2016) | X | X | X | X | | X | X | X | | | X | |
| Kubota Tractor Corporation Dealer Sales and Service Agreement with Northern Plains Equipment Co., Inc. (10/9/2015) | X | X | X | X | | X | X | X | | | X | |
| Kubota Tractor Corporation Dealer Sales and Service Agreement with Titan Machinery Inc. (2/9/2017) | X | X | X | X | | X | X | X | | | X | |