IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ASSOCIATION OF EQUIPMENT MANUFACTURERS, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE HON. DOUG BURGUM, Governor of the State )<br>of North Dakota, in his Official Capacity, *et al.*,  )<br>)<br>Defendants.  ) | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

As required by Fed. R. Civ. P. 7.1(a), Plaintiffs the Association of Equipment Manufacturers ("AEM"), AGCO Corporation ("AGCO"), CNH Industrial America LLC ("CNH"), Deere & Company ("John Deere"), and Kubota Tractor Corporation ("Kubota") (collectively, the "Manufacturers"), by counsel, respectfully make the following disclosures of the Manufacturers' parent corporations and 10% or greater corporate shareholders:

1. AEM is a not-for-profit corporation that has no parent corporation or publicly traded shareholders.

2. AGCO is a publicly held corporation and has no parent corporation. AGCO is listed on the New York Stock Exchange and traded under the ticker symbol "AGCO." AGCO is 10% or greater owned by Tractor and Farm Equipment Limited.

3. CNH is an indirect, wholly-owned subsidiary of CNH Industrial N.V., which is a publicly held company listed on the New York Stock Exchange and the Mercato Telematico Azionario, organized and managed by Borsa Italiana S.p.A. (the "MTA"). CNH Industrial N.V.'s common shares trade on the New York Stock Exchange under the symbol "CNHI" and on the MTA under the symbol "CNHI.MI." CNH Industrial N.V. is 10% or greater owned by

1

Exor N.V. and Harris Associates L.P.

4. John Deere is a publicly held corporation and has no parent corporation. John Deere is listed on the New York Stock Exchange and traded under the ticker symbol "DE." John Deere does not have any 10% or greater corporate shareholders.

5. Kubota is 100% owned by Kubota North America Corporation. Kubota North America Corporation is 100% owned by Kubota Corporation, which is a publicly held company listed on the Tokyo Stock Exchange. Kubota Corporation does not have any 10% or greater corporate shareholders.

Dated: July 24, 2017

Respectfully submitted,

ASSOCIATION OF EQUIPMENT MANUFACTURERS,
AGCO CORPORATION,
CNH INDUSTRIAL AMERICA LLC,
DEERE & COMPANY, and
KUBOTA TRACTOR CORPORATION

By: /s/ Timothy Q. Purdon

Timothy Q. Purdon (ND Bar #05392)
ROBINS KAPLAN LLP
1207 West Divide Avenue, Suite 200
Bismarck, North Dakota 58503
(701) 255-3000

Katherine S. Barrett Wiik
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
(612) 349-8500

Counsel

| | |
|---|---|
| Michael J. Lockerby* | Roberta F. Howell* |
| Benjamin R. Dryden* | Connor A. Sabatino* |
| Lauren A. Champaign* | FOLEY & LARDNER LLP |
| Jarren N. Ginsburg* | Verex Plaza, 150 East Gilman Street |
| FOLEY & LARDNER LLP | Madison, Wisconsin 53703-1481 |

4810-5023-7772.1

Washington Harbour  (608) 258-4273
3000 K Street, NW, Sixth Floor
Washington, D.C. 20007
(202) 672-5300

*Counsel for Plaintiffs, Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation*

---

\**Pro hac vice* motion to be submitted