# John Deere Brand

Dealer Usage Guidelines and Tools



Deere & Company trademarks are used around the world, through a large network of partner dealers. They are some of the most recognizable trademarks in America, working day in and day out to bring customers through the doors of your dealership. We all have a role to play in protecting Deere & Company trademarks to make sure we continue to benefit from their strength in the market place. A good understanding of what the rules are will help.

To help you master the rules of use regarding the Deere & Company trademarks, they are included in your dealer agreement. The goal is to make it simple and easy for you to find answers whenever you are in doubt on how to use the trademarks.

This document describes our basic trademark guidelines and offers tools to assist with trademark inquiries. We strongly suggest that you secure Deere & Company's authorization before using trademarks in applications outside of John Deere authorized programs. Your cooperation is essential in presenting a clear, consistent message about John Deere to the marketplace. Please forward any questions about these guidelines to the Brand Center of Excellence: BrandCenterInbox@JohnDeere.com.

## Usage Guidelines

**The John Deere name** should be used in full when referenced in body copy or text. Use "John Deere" in communication materials when referring to the company and its products, services, and other activities. Only use "Deere & Company" when referring to materials that specifically reference the legal entity.

The full name should always appear with initial capitalization, in the same style and weight as the rest of the copy. Do not split the name between two lines. Do not use all upper case letters. Do not use the initials "JD", the shortened name "Deere", or "Deere & Co." to refer to the company or brand.

**Our Corporate Trademark** visually expresses the company's personality and character. Its proper use is important to the continued success of the John Deere brand because it reflects our well-established and stable presence in the marketplace and among all our constituents. Both the symbol and the logotype have been hand drawn and should not be approximated or imitated. The logotype always appears with the symbol in the approved size relationships illustrated. Do not use the symbol without the logotype, or the logotype without the symbol. Always use approved digital artwork when reproducing the signature.



| Signature | | Signature | |
|---|---|---|---|
| Symbol | Logotype or Wordmark | Symbol | Logotype or Wordmark |



EXHIBIT A

1

**Clear Space** is the area surrounding the signature that should be free of any text, graphics, borders, or other images. This ensures the signature's visibility and impact. The minimum clear space requirement for the signature is based on the measurement equal to the height of the letters "J" or "D" in the John Deere logotype.



**Minimum Size** refers to the smallest size the signature may be reproduced electronically, or through offset printing, with acceptable clarity and legibility. The minimum size for the John Deere Signature is when the symbol reaches 1/4" in height. Only the Pantone, RGB, or black and white versions can be reproduced at this small size. The CMYK or grayscale versions do not reproduce effectively below a symbol height of 1/2".

    0.375in.    

    0.375in.    

**Colors** for our John Deere signature are distinctive. Consistent and correct use of the John Deere colors is essential to promote and protect our strong worldwide identity. Pantone matches for John Deere Green, John Deere Yellow and Black are always used for the printed two-color signatures while CMYK may be used for four-color printing. RGB is used for electronic viewing.

John Deere Green
– Pantone 364 C
– CMYK 65C / 0M / 100Y / 42K
– RGB 54R / 124G / 43B
– HEX 367c2b

John Deere Yellow
– Pantone 109C
– CMYK 0C / 10M / 100Y / 0K
– RGB 255R / 222G / 0B
– HEX ffde00

John Deere Black
– Pantone Process Black C
– CMYK 0C / 0M / 0Y / 100K
– RGB 0R / 0G / 0B
– HEX 000000

John Deere Gray
– Pantone 427 C
– CMYK 0C / 0M / 0Y / 11K
– RGB 229R / 230G / 230B
– HEX e5e6e6

**Backgrounds** should provide good contrast for the trademark. The John Deere signatures are often placed on light, dark, photographic, or gradated backgrounds. The key is to always make sure there is sufficient contrast between the signature and the background it's being placed on so the signature can be displayed with clarity and visibility.

    

## Tools

The **John Deere brand portal** is your one-stop shop for everything you need to know about John Deere's brand strategy and dealer brand management—why we should care about it, what it can do for us, and what each of us can do to strengthen the John Deere brand around the world.

Our brand portal is available through the internet at www.brand.deere.com. General access is for stakeholders who need information about our brand strategy, guidelines on how to use the brand correctly, Microsoft Office templates, and on-brand photography. A John Deere Userid is required.

When viewing the portal for the first time, be sure to select *Dealers* in the content filter dropdown box.



3