# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Association of Equipment Manufacturers, et. al., | ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| The Hon. Doug Burgum, Governor of the State of North Dakota, in his Official Capacity, et. al., | ) ) ) |
| | ) Case No. 1:17-cv-151 |
| Defendants. | ) |

Before the court are motions for attorneys Lauren Champaign, Benjamin R. Dryden, Jarren Ginsburg, Michael J. Lockerby, Connor A. Sabatino, and Roberta F. Howell to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Lauren Champaign, Benjamin R. Dryden, Jarren Ginsburg, Michael J. Lockerby, Connor A. Sabatino, and Roberta F. Howell have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 15-20) are **GRANTED**. Attorneys Lauren Champaign, Benjamin R. Dryden, Jarren Ginsburg, Michael J. Lockerby, Connor A. Sabatino, and Roberta F. Howell are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 1st day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge