# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Association of Equipment Manufacturers, et al., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| The Hon. Doug Burgum, Govern of the State of North Dakota, in his official capacity, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| North Dakota Implement Dealers Association, | ) ) ) |
| Movant for Intervention. | ) |

**ORDER RE ADMISSION PRO HAC VICE**

Case No. 1-17-cv-151

---

Before the court is a motion for attorney Jason Allen to appear *pro hac vice* on the Movant North Dakota Implement Dealers Association's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Allen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Allen has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 33) is **GRANTED**. Attorney Allen is admitted to practice before this court in the above-entitled action on behalf of the Movant.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.

United States Magistrate Judge