# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Association of Equipment Manufacturers, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> The Hon. Doug Burgum, Governor of the State of North Dakota, in his Official Capacity, and <br><br> The Hon. Wayne Stenehjem, Attorney General of the State of North Dakota in his Official Capacity, <br><br> Defendants, <br><br> North Dakota Implement Dealers Association, <br><br> Intervenor. | **ORDER** <br><br><br><br><br><br><br><br> Case No.: 1:17-cv-151 |

Before the court is a motion for attorney W. Kirby Bissell to appear pro hac vice on behalf the North Dakota Implement Dealers Association. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney W. Kirby Bissell affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 56) is **GRANTED**. Attorney W. Kirby Bissell is admitted to practice before this court in the above-entitled action on behalf of the North Dakota Implement Dealers Association.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2017.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge