## Tucker Jason A

| | |
|---|---|
| From: | Drissel Steve |
| Sent: | Thursday, July 20, 2017 7:30 PM |
| To: | Sanchez Amanda J |
| Cc: | Tucker Jason A |
| Subject: | Fwd: North Dakota Warranty Reimbursement |
| Attachments: | NDIDA Warranty Reimbursement Guide - ROUGH DRAFT - 07-20-17.docx; ATT00001.htm |

**Redacted: Attorney-Client Privilege**

Sent from my iPhone

Begin forwarded message:

> **From:** Matthew Larsgaard <matthew@adand.com>
> **Date:** July 20, 2017 at 7:04:02 PM CDT
> **To:** "TuckerJasonA@JohnDeere.com" <TuckerJasonA@JohnDeere.com>, Drissel Steve <DrisselStevenl@JohnDeere.com>
> **Subject: North Dakota Warranty Reimbursement**
>
> Jason and Steve,
>
> I hope all is well and that you have been enjoying the summer.
>
> Several of our members have recently asked us for more information regarding our new warranty reimbursement law. To fulfill their requests, we developed the attached "NDIDA Warranty Reimbursement Guide." At this point, it is a rough draft; we would welcome your input. Please consider this a token of the communication/relationship that we hope to further enhance with you and your team at John Deere.
>
> We would like to formalize this document and communicate it to our members by COB Thursday, July 27, 2017. I look forward to your feedback. Thank you guys.
>
>
> Kind regards,
>
> Matthew C. Larsgaard, MBA
> President/CEO
> Automobile Dealers Association of North Dakota
> North Dakota Implement Dealers Association
> 1411 32nd St S | Fargo, ND 58103
> 701.293.6822 | Fax: 701.293.6824
> matthew@adand.com or matthew@ndida.com
>
> Confidentiality Notice: This communication and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient(s), please contact the sender by replying to this e-mail and destroy/delete all copies of this e-mail message.

DEERE EXHIBIT 5