JOHN DEERE CONFIDENTIAL

## Dealer of Tomorrow Scorecard
*(Contiguous Ownership Group)*

September 2017

| Performance Category | DoT Metrics | DoT Long-Term Objective | Western U.S. Div C | Dealer | Metric Time Period |
|---|---|---|---|---|---|
| MARKET | Dealer Performance Market Share | 60.00% | 58.95% | 34.96% | Sep/2017 |
| | Small Tractor P4P Market Share | 50.00% | 49.27% | 31.38% | Sep/2017 |
| | Small Ag P4P Market Share | 50.00% | 52.89% | 45.36% | Sep/2017 |
| | Large Ag P4P Market Share | 65.00% | 60.84% | 25.98% | Sep/2017 |
| | Total Net Sales[1] | | | $57,175,413 | Aug/2017 |
| | AG Retail Sales[2] | | | $12,942,890 | Sep/2017 |
| | Turf & Utility Retail Sales[2] | | | $2,391,662 | Sep/2017 |
| | Customer Labor Sales | 7.00% | 4.80% | 6.22% | Aug/2017 |
| | Aftermarket Performance Factor | 16.00% | 13.94% | 11.74% | Sep/2017 |
| | Attachment Performance Factor | 2.00% | 1.84% | 2.37% | Sep/2017 |
| | Net Parts Purchased | | | $7,635,954 | Sep/2017 |
| | Service Market Performance Factor | > 16.00% | 14.99% | 8.39% | Aug/2017 |
| | Dealership Experience[7] | 80.00% | 83.91% | 77.65% | Sep/2017 |
| | John Deere Experience[7] | 80.00% | 81.14% | 87.23% | Sep/2017 |
| | Contact After the Sale[7] | 100.00% | 78.25% | 91.76% | Sep/2017 |
| | Integrated Solutions Dealer Phase | = 4 | | 3 | Jan/2015 |
| CUSTOMER | Total In-AOR Operation Center Acres[6] | | 22.24% | 365,519 \| 26.54% | Sep/2017 |
| | Producer In-AOR Operation Center Acres[6] | | 20.93% | 319,338 \| 23.19% | Sep/2017 |
| | Green B2B CSF[3] | 5/5 | | 3/5 | Sep/2017 |
| | Green B2C CSF[3] | 3/3 | | 1/3 | Sep/2017 |
| | Green Commercial Turf CSF[3] | 2/2 | | 2/2 | Sep/2017 |
| | Green Aftermarket CSF[3] | 4/4 | | 0/4 | Sep/2017 |
| | NORA | 15.00% | 6.19% | 6.61% | |
| | NOROS | 5.00% | 2.92% | 3.86% | |
| | Total Asset Turnover | 3.0X | 2.1X | 1.7X | |
| OPERATIONAL | Used Turnover | 4.0X | 2.0X | 1.8X | |
| | Gross Margin Inventory Turn (GMIT) | 20.00% | 4.80% | 12.63% | Aug/2017 |
| | Absorption | 100.00% | 94.72% | 93.70% | |
| | Total Expenses to Sales | 10.00% | 12.14% | 15.44% | |
| | Owner's Equity[4] | min 25.00% | 40.56% | 61.96% | |
| | Tangible Owners Equity[5] | 25.00% | | 68.34% R | Dec/2016 |

Note: All metrics reported are Rolling 12 values at a point in time. DFA metrics are reported as NON-ADJUSTED

[1] Total dealership Net Sales as reported to DFA. [2] Equipment Settled & Retail Sold. [3] Critical Success Factor is available only at the COG level. Color coding is compared to the goal : Green = 5/5; Yellow = Less Than 5/5; Blank if Assessment is not completed. - For more information on Critical Success Factors visit the website on Pathways .
[4] Owner's Equity may have been adjusted by a 13th month submission. [5] Per Dealer's Audited or Reviewed Fiscal Year-End Financial Statements submitted to JDF.
[6] Engaged Acres are sourced from John Deere Operations Center. Ratio denominators are based on Large Ag AOR, sourced from USDA NASS, and excludes hay, fruits, tree nuts.
[7] Dealer Scorecard aggregates survey results from active Ag & Turf dealer accounts at COG/TOG Level. Territory/Division aggregations exclude Turf accounts. Thus, slight differences may occur when comparing to the John Deere Experience web portal.

Red = Bottom 25% of Division    Yellow = Middle 50% of Division    Green = Top 25% of Division

DEERE EXHIBIT 7