# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ASSOCIATION OF EQUIPMENT MANUFACTURERS, | ) <br> ) <br> ) |
| AGCO CORPORATION, | ) <br> ) |
| CNH INDUSTRIAL AMERICA LLC, | ) <br> ) |
| DEERE & COMPANY, and | ) <br> ) |
| KUBOTA TRACTOR CORPORATION, | ) <br> ) Case No. 1:17-cv-00151-CSM |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| THE HON. DOUG BURGUM, Governor of the State of North Dakota, in his Official Capacity, and | ) <br> ) <br> ) <br> ) |
| THE HON. WAYNE STENEHJEM, Attorney General of the State of North Dakota, in his Official Capacity, | ) <br> ) <br> ) <br> ) |
| Defendants, <br> and | ) <br> ) |
| NORTH DAKOTA IMPLEMENT DEALERS ASSOCIATION, | ) <br> ) <br> ) |
| Intervenor. | ) |

**THE MANUFACTURERS' FIRST REQUESTS FOR ADMISSION,
DOCUMENT REQUESTS, AND INTERROGATORIES**

Plaintiffs, the Association of Equipment Manufacturers ("AEM"), together with AEM members AGCO Corporation ("AGCO"), CNH Industrial America LLC ("CNH"), Deere & Company ("John Deere"), and Kubota Tractor Corporation ("Kubota") (collectively, the "Manufacturers"), by counsel, pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 36, respectfully request that Defendants The Honorable Doug Burgum, in his official capacity as

1

Governor of the State of North Dakota ("Governor Burgum"), The Honorable Wayne Stenehjem, in his official capacity as Attorney General of the State of North Dakota (the "Attorney General") (collectively with Governor Burgum, the "State"), and Intervenor North Dakota Implement Dealers Association ("NDIDA"), within thirty (30) days of service of this document or such shorter time period as may be fixed by the Court:

1. Admit the truth of the following requests for admission ("Manufacturers' First RFAs");

2. Respond to the following document requests ("Manufacturers' First Document Requests") by producing and permitting Manufacturers, including their attorneys and agents, to inspect and copy responsive documents at the offices of Foley & Lardner LLP, Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007; and

3. Answer fully and separately, in writing and under oath, the following interrogatories ("Manufacturers' First Interrogatories").

## DEFINITIONS

For the purposes of the Manufacturers' First RFAs, Manufacturers' First Document Requests, and Manufacturers' First Interrogatories (collectively, "Manufacturers' First Discovery Requests"), the following definitions apply:

a. <u>AEM</u>. The term "AEM" means Plaintiff the Association of Equipment Manufacturers.

b. <u>AGCO</u>. The term "AGCO" means Plaintiff AGCO Corporation.

2

ii. <u>No Minimum Inventory or Order Requirements Provisions</u>. The term "No Minimum Inventory or Order Requirements Provisions" has the meaning defined in paragraph 53 of the Complaint.

jj. <u>No Required Separation of Trademarks Provision</u>. The term "No Required Separation of Trademarks Provision" has the meaning defined in paragraph 35 of the Complaint.

kk. <u>Person</u>.  The term "person" means any natural person or business, legal, or governmental entity or association, whether incorporated or unincorporated.

ll. <u>Relating to</u>.  The term "relating to" means pertaining to, containing, identifying, monitoring, evidencing, commenting on, responding to, showing, constituting, reflecting, describing, representing, supporting, contradicting, stating, recording, noting, embodying, mentioning, studying, analyzing, discussing, evaluating, relating to, or referring to, in the broadest sense of any of these terms.

mm. <u>Retroactive Impairment of Existing Contracts Provision</u>. The term "Retroactive Impairment of Existing Contracts Provision" has the meaning defined in paragraph 86 of the Complaint.

nn. <u>Retroactive Impairment of Existing Warranties Provision</u>.  The term "Retroactive Impairment of Existing Warranties Provision" has the meaning defined in paragraph 84 of the Complaint.

oo. <u>Robinson-Patman Act</u>.  The term "Robinson-Patman Act" means 15 U.S.C. § 13.

pp. <u>Senate Bill 2289</u>.  The term "Senate Bill 2289" means "AN ACT to amend and reenact sections 51-07-01.2, 51-07-02.2, and 51-26-06 of the North Dakota Century Code, relating to prohibited practices under farm equipment dealership contracts, dealership transfers,

and reimbursement for warranty repair," a copy of which is attached as Exhibit A to the Complaint.

  qq. <u>Singular and plural</u>.  The use of the singular of any word includes the plural and vice versa and shall always be read to require the most inclusive answer.

  rr. <u>State</u>.  The term the "State" means Defendants Governor Burgum and the Attorney General.

  ss. <u>Trademark License Impairment Provisions</u>.  The term "Trademark License Impairment Provisions" means the No Required Separation of Trademarks Provision, the No Exclusivity Requirements Provisions, the No Enforcement of Appearance Standards Provisions, the No Enforcement of Performance Standards Provisions, and the Forced Trademark License Transfer Provision, collectively.

  tt. <u>You and Your</u>.  "You" and "Your" respectively mean the State and the State's, or NDIDA and NDIDA's, as defined herein, as the case may be.

## INSTRUCTIONS

  A. Manufacturers' First Discovery Requests shall be deemed to seek responses as of the date hereof and, pursuant to Fed. R. Civ. P. 26(e), shall also be deemed to be continuing, so that if additional information relating in any way to Manufacturers' First Discovery Requests becomes known to You that in any way modifies Your response to Manufacturers' First Discovery Requests up to and including the time of trial, You shall promptly furnish to Manufacturers Your revised responses incorporating all such modification(s).

  B. If You object to one or more of Manufacturers' First Discovery Requests, You must specifically state the nature of Your objection and all grounds therefor.

8

a complete answer.  State whatever information or knowledge You have about the unanswered portion of any interrogatory.

K.	In the event that You claim that any one of Manufacturers' First Discovery Requests is overly broad, unduly burdensome, irrelevant, or otherwise objectionable, respond to that portion of the discovery request which is unobjectionable and specifically identify the respect in which the discovery request is allegedly overly broad, unduly burdensome, irrelevant, or otherwise objectionable.

L.	Unless stated otherwise, Manufacturers' First Discovery Requests relate to the period commencing January 1, 2015 and continuing through the date of trial.

4841-9310-4730.4

## REQUESTS FOR PRODUCTION

**Document Request No. 1:**   All documents or tangible things that You anticipate using at trial in this litigation, whether as exhibits or for purposes of rebuttal or impeachment.

**Response:**

**Document Request No. 2:**   All documents or tangible things identified in Your Rule 26(a)(1) Initial Disclosures.

**Response:**

**Document Request No. 3:**   All non-privileged documents that You have provided or will provide to any expert(s) in connection with this litigation.

**Response:**

**Document Request No. 4:**   All documents relating to the drafting, preparation, enactment, or passage of Senate Bill 2289.

**Response:**

**Document Request No. 5:**   All documents relating to the actual, potential, or anticipated effects of Senate Bill 2289.

**Response:**

48

Dated: January 19, 2018

Respectfully submitted,

ASSOCIATION OF EQUIPMENT MANUFACTURERS,
AGCO CORPORATION,
CNH INDUSTRIAL AMERICA LLC,
DEERE & COMPANY, and
KUBOTA TRACTOR CORPORATION

By: s/ Michael J. Lockerby

Michael J. Lockerby (*admitted pro hac vice*)
Benjamin R. Dryden (*admitted pro hac vice*)
Jarren N. Ginsburg (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, NW, Sixth Floor
Washington, D.C. 20007
(202) 672-5300

Connor A. Sabatino (*admitted pro hac vice*)
FOLEY & LARDNER LLP
Verex Plaza, 150 East Gilman Street
Madison, Wisconsin 53703-1481
(608) 258-4273

Timothy Q. Purdon (ND Bar #05392)
ROBINS KAPLAN LLP
1207 West Divide Avenue, Suite 200
Bismarck, North Dakota 58503
(701) 255-3000

Katherine S. Barrett Wiik
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
(612) 349-8500

*Counsel for Plaintiffs Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I caused a copy of the foregoing THE MANUFACTURERS' FIRST REQUESTS FOR ADMISSION, DOCUMENT REQUESTS, AND INTERROGATORIES to be served to counsel of record for Defendants and for Intervenor by email and by first-class U.S. mail.

                                                                           s/ Michael J. Lockerby

4841-9310-4730.4