# Exhibit E

Additional Documents to be Provided with Production in NDIDA –

| File Name | Responsive Production Request # |
|---|---|
| NDIDA0008-0009 | 4 |
| NDIDA0010-0011 | 6 |
| NDIDA0012-0017 | 4 |
| NDIDA0018-0019 | 4 |
| NDIDA0020-0021 | 4 |
| NDIDA0022-0023 | 4 |
| NDIDA0024 | 4 |
| NDIDA0025-0026 | 4 |
| NDIDA0027 | 4 |
| NDIDA0028 | 4 |
| NDIDA0029-0040 | 4 |
| NDIDA0041-0042 | 4 |
| NDIDA0043-0044 | 4 |
| NDIDA0048 | 7 |