# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ASSOCIATION OF EQUIPMENT MANUFACTURERS, AGCO CORPORATION, CNH INDUSTRIAL AMERICA LLC, DEERE & COMPANY, and KUBOTA TRACTOR CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> THE HON. DOUG BURGUM, Governor of the State of North Dakota, in his Official Capacity, and <br><br> THE HON. WAYNE STENEHJEM, Attorney General of the State of North Dakota, in his Official Capacity, <br><br> Defendants, <br> and <br><br> NORTH DAKOTA IMPLEMENT DEALERS ASSOCIATION, <br><br> Defendant-Intervenor. | Case No. 1:17-cv-00151-CSM |

## NDIDA'S PRIVILEGE LOG FOR ITS RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION

Defendant-Intervenor, North Dakota Implement Dealers Association ("NDIDA"), hereby provides the following privilege log in accordance with its responses to Plaintiffs' First Set of Requests for Production.

## PRIVILEGE LOG

| Date | To | From/Author | Subject | Privilege | Request # |
|---|---|---|---|---|---|
| 5.24.17 | N/A | M. Larsgaard | 2017 NDIDA Legislative Report FINAL 05-24-17 | 1st Amendment Privilege | 4 |
| 1.27.17 | All NDIDA Members | M. Larsgaard | NDIDA Legislative Report #3 01-27-2017 | 1st Amendment Privilege | 4 |
| 2.7.17 | All NDIDA Members | M. Larsgaard | NDIDA Legislative Report #4 02-07-17 | 1st Amendment Privilege | 4 & 5 |
| 3.10.17 | All NDIDA Members | M. Larsgaard | NDIDA Legislative Report #5 03-10-17 | 1st Amendment Privilege | 4 |
| 3.24.17 | All NDIDA Members | M. Larsgaard | NDIDA Legislative Report #6 03-24-17 | 1st Amendment Privilege | 4 |
| 3.14.17 | NDIDA Members | M. Larsgaard | FW: NDIDA's Farm Equipment Bill is on it's way to the Governor! | 1st Amendment Privilege | 4 |
| 3.16.17 | NDIDA Board Members | M. Larsgaard | NDIDA Dealer Rights Bill – SB 2289 | 1st Amendment Privilege | 4 |
| 2.16.17 | All NDIDA Members | M. Larsgaard | NDIDA Farm Equipment Protection Bill Passes 46-0! | 1st Amendment Privilege | 4 |
| 1.27.17 | NDIDA Board Members | M. Larsgaard | NDIDA Legislation 2 | 1st Amendment Privilege | 4 |
| 3.14.17 | All NDIDA Members | C. Nelson o/b/o M. Larsgaard | NDIDA's Farm Equipment Bill is on it's way to the Governor! | 1st Amendment Privilege | 4 |

| 3.16.17 | All NDIDA Members | C. Nelson o/b/o M. Larsgaard | NDIDA's Farm Equipment Bill Signed by the Governor! | 1st Amendment Privilege | 4 |
|---|---|---|---|---|---|
| 1.30.17 | M. Larsgaard | NDIDA Member | RE: SB 2289 | 1st Amendment Privilege | 4 |
| 1.28.17 | 5 NDIDA Members | M. Larsgaard | SB 2289 | 1st Amendment Privilege | 4 |
| 2.1.17 | NDIDA Members | C. Nelson o/b/o M. Larsgaard | Urgent Call to Action!!! ND Farm Bill 1 | 1st Amendment Privilege | 4 |
| 2.9.17 | NDIDA Members | C. Nelson o/b/o M. Larsgaard | Urgent Call to Action!!! ND Farm Bill 2 | 1st Amendment Privilege | 4 |
| 1.26.17 | N/A | M. Larsgaard | SB 2289 – Senate Testimony | 1st Amendment Privilege | 4 |
| 3.11.17 | N/A | M. Larsgaard | SB 2289 – North Dakota House of Representatives Testimony | 1st Amendment Privilege | 4 |
| 3.11.17 | N/A | M. Larsgaard | SB 2289 – Questions and Answers | 1st Amendment Privilege | 4 |
| 3.4.17 – 3.8.17 | N/A | M. Larsgaard | Bill Hearing – Mfg. Questions | 1st Amendment Privilege | 4 |
| 3.9.17 | N/A | J. Romsdal | SB 2289 – Jeff Romsdal Testimony | 1st Amendment Privilege. | 4 |
| 2.1.17 | N/A | J. Swenseth | SB 2289 – John Swenseth Testimony | 1st Amendment Privilege | 4 |
| 3.8.17 | N/A | M. Taylor | SB 2289 – Marc Taylor Testimony | 1st Amendment Privilege | 4 |

| 1.26.17 | N/A | M. Larsgaard | Senate AG Committee Members & Dealers | 1st Amendment Privilege. | 4 |

Dated: March 26, 2018

Respectfully submitted,

NORTH DAKOTA IMPLEMENT DEALERS ASSOCIATION

By:      /s/ Jason T. Allen
Jason T. Allen
W. Kirby Bissell
Pro Hac Vice
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
Telephone (850) 878-6404
Facsimile (701) 328-4300
Email: jallen@dealerlawyer.com
Email: kbissell@dealerlawyer.com

*Attorneys for Defendant-Intervenor*