# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> The Hon. Doug Burgum, Governor of the State of North Dakota, in his official capacity, and <br><br> The Hon. Wayne Stenehjem, Attorney General of the State of North Dakota, in his official capacity, <br><br> Defendants, <br><br> and <br><br> North Dakota Implement Dealers Association, <br><br> Intervenor-Defendant. | **ORDER** <br><br><br><br><br><br> Case No. 1:17-cv-151 |

On March 15, 2019, the Defendants and Intervenor-Defendant filed a motion requesting that the Court cancel the final pretrial conference and bench trial. The Court **GRANTS** the motion (Doc. No. 126). The final pretrial conference scheduled for April 30, 2019, and bench trial scheduled for May 14, 2019, are cancelled. The Court shall reschedule the final pretrial conference and bench trial as necessary once it has ruled on the pending dispositive motions.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court